IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISTINA M. DIETERLY** | : CIVIL ACTION |
| | : |
| v. | : NO. 20-902 |
| | : |
| **BOY SCOUTS OF AMERICA, et al.** | : |

## O R D E R

**AND NOW,** this 24th day of June, 2020, it is **ORDERED** that the motion of the Plaintiff to remand this matter to the Court of Common Pleas of Philadelphia County [Doc. 12] is **GRANTED**.

The Clerk is **DIRECTED** to remand the entire file in this matter to the Court of Common Pleas of Philadelphia County.

The Clerk shall mark this case as terminated.

BY THE COURT:


**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**